■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL WAYNE JAMES, Also Known as WAYNE JAMES, Appellant. [700 NYS2d 748] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 23, 1992 (*People v James,* 187 AD2d 672), affirming a judgment of the County Court, Westchester County, rendered November 8, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Santucci and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD JOHNSON, Appellant. [700 NYS2d 747] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 17, 1998 (*People v Johnson,* 253 AD2d 577), affirming a sentence of the Supreme Court, Kings County, imposed September 11, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., S. Miller, Ritter, Santucci and Krausman, JJ., concur.